**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hilario GARZA, III, also known as Lalo, Defendant–Appellant.**

No. 05–40437
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Hilario Garza, III, Florence, CO, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Hilario Garza, III, federal prisoner # 62236–079, seeks a certificate of appealability (COA) from the denial of his petition for a writ of audita querela, in which he challenged his conviction for conspiracy to possess with intent to distribute marijuana. A COA is not required for Garza to appeal. *See* 28 U.S.C. § 2253(c). The district court correctly denied Garza's petition for a writ of audita querela because redress was available to Garza under 28 U.S.C. § 2255. *See Tolliver v. Dobre,* 211 F.3d 876, 878 (5th Cir.2000); *United States v. Banda,* 1 F.3d 354, 356 (5th Cir.1993).

Accordingly, Garza's motion to proceed in forma pauperis is DENIED, and the appeal is DISMISSED AS FRIVOLOUS. *See* 5TH CIR. R. 42.2. COA is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.